David BAIN and Mary Bain v. Homer DURKEE, Jr. and Ruth Durkee, No. 367-79

January 15, 1980. Motion to withdraw as counsel granted.

STATE of Vermont v. Richard W. WHEELER, No. 384-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

IN RE TIMBERLAND MACHINES, INC., No. 10-80

January 15, 1980. The lower court having denied a stay, it is not this Court's function to second-guess its decision. *In re Petition of Allied Power & Light Co.*, 132 Vt. 554, 555–56, 326 A.2d 160 (1974). Accordingly, appellant having failed to demonstrate probability of success on appeal, *Auclair v. Vermont Electric Power Co.*, 132 Vt. 519, 520, 323 A.2d 578 (per curiam), and the irreparable injury not having been demonstrated by evidence sufficient to satisfy the Court, *In re Petition of Allied Power & Light Co.*, *supra*, 132 Vt. at 556, 326 A.2d 160; see V.R.A.P. 8(a), appellant's motion for stay is denied.

Hill, J.

YANKEE MILK, INC. v. Fred HUTCHINS and Frances Hutchins, No. 243-79

January 16, 1980. Judgment of dismissal reversed. Cause remanded for evidentiary hearing under V.R.C.P. 43(e). See *J. O. Bilodeau & Co. v. Reed*, 119 Vt. 342, 346, 126 A.2d 118, 120 (1956).

ACME CHEMICAL CO. v. FOREST POULTRY CO., No. 418-79

January 24, 1980. The appeal having been withdrawn, the cause is dismissed.

Siobhan CARROLL v. Noel CARROLL, No. 26-80

January 24, 1980. Motion for permission to appeal denied. V.R.A.P. 5.

CALEDONIA SHERIFF'S DEPARTMENT v. Dr. William R. RASSMAN, No. 203-78

January 29, 1980. Appeal dismissed for failure to comply with the order dated October 3, 1979.

JAY PEAK, INC. v. INTERMARCOM, INC. and George R. Morrison v. George Stepanek, No. 325-78

February 5, 1980. Appellant's brief to be filed by March 3, 1980, or cause dismissed.